UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
JAMES MURPHY, on behalf of himself and all  :
others similarly situated,                  :
                                            :   Civil Action No.:
                                            :   1:18-cv-6929-JPO
                    Plaintiffs,             :
                                            :   **STIPULATION OF DISMISSAL**
                                            :
        -against-                           :
                                            :
BROOKFIELD OFFICE PROPERTIES, INC.          :
d/b/a BROOKFIELD PLACE,                     :
                                            :
                                            :
                    Defendant.              :
------------------------------------------------------------ x

    IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective counsel, that the above-captioned action is dismissed with prejudice against defendant Brookfield Office Properties, Inc. d/b/a Brookfield Place pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: New York, New York
       November 14, 2018

COHEN & MIZRACHI, LLP

By: _____
    Joseph H. Mizrahi
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
Tel: (929) 575-4175
Fax: (929) 575-4195
Attorneys for Plaintiffs

GREENBERG TRAURIG, LLP

By: _____
    Heath B. Kushnick
200 Park Avenue
New York, New York 10166
Tel: (212) 801-9298
Fax: (212) 801-6400
Attorneys for Defendant

So ordered.
11/15/18

_____
J. PAUL OETKEN
United States District Judge

NY 247729101v1